(96 South. 938)

ASHLEY v. COOKE et al. (2 Div. 796.) (Supreme Court of Alabama. June 12, 1923.) Appeal from Circuit Court, Marengo County; R. I. Jones, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(95 South. 921)

ATLANTIC COAST LINE R. CO. v. BUF-FINGTON. (3 Div. 597.) (Supreme Court of Alabama. Jan. 11, 1923.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Arrington & Arrington, of Montgomery, for appellant. Hill, Hill, Whiting & Thomas, of Montgomery, for appellee.

ANDERSON, C. J. Affirmed.

(96 South. 938)

BENSON v. STATE. (6 Div. 811.) (Supreme Court of Alabama. April 26, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

PER CURIAM. Affirmed.

(96 South. 938)

BLACKWOOD v. PHILLIPS et al. (6 Div. 766.) (Supreme Court of Alabama. April 17, 1923.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(96 South. 938)

BULL DOG AUTO FIRE INS. CO. v. KEL-LEY. (6 Div. 895.) (Supreme Court of Alabama. April 26, 1923.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Hartley & Quinn, of Birmingham, for appellant. Lange & Simpson, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(96 South. 938)

CARRUTH v. THOMAS. (8 Div. 512.) (Supreme Court of Alabama. May 15, 1923.) Appeal from Circuit Court, Limestone County; Osceola Kyle, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(96 South. 938)

CLEVELAND, C., C. & ST. L. R. CO. v. BELL. (6 Div. 869.) (Supreme Court of Alabama. April 19, 1923.) Appeal from Circuit Court, Pickens County; R. I. Jones, Judge.

Armbrecht, Hand & Meredith, of Mobile, for appellant. Jones, Jones & Van de Graaff, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed, on authority of Lathrop Lbr. Co. v. Pioneer Lbr. Co., 207 Ala. 522, 93 South. 427.

(96 South. 938)

CLOUD et al. v. PATTERSON. (1 Div. 266.) (Supreme Court of Alabama. June 14, 1923.) Appeal from Probate Court, Mobile County; Price Williams, Judge. Pillans, Cowley & Gresham, of Mobile, for appellants. Stevens, McCorvey, McLeod & Goode, of Mobile, for appellee.

PER CURIAM. Errors confessed; reversed and remanded.

(95 South. 921)

CORNELIUS v. ROBERTS. (6 Div. 744.) (Supreme Court of Alabama. April 7, 1923.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Russell & Johnson, of Oneonta, for appellant. Erle Pettus, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(95 South. 921)

COSTON–RILES LBR. CO. v. ALA. MACHINERY & SUPP. CO. (6 Div. 899.) (Supreme Court of Alabama. April 17, 1923.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. W. S. Welch, of Bessemer, for appellant. Ball & Beckwith, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed by appellant.